# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| HAATASHA ROBINSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HAVENPARK COMMUNITIES,<br><br>　　　　Defendant. | CASE NO: 1:21-CV-01273<br><br>JUDGE DAN AARON POLSTER<br><br>Approved.<br>It is SO ORDERED.<br>s/*Dan Aaron Polster*<br>United States District Judge<br>March 28, 2022 |

## STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by stipulation of the Parties, Defendant HavenPark Communities ("Defendant") and Plaintiff Haatasha Robinson ("Plaintiff"), hereby agree that this action be dismissed in its entirety with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated this 25th day of March, 2022.

Respectfully submitted,

*s/ Claire I. Wade-Kilts*
Claire I. Wade-Kilts (0093174)
Sobel, Wade & Mapley, LLC
55 Erieview Plaza, Ste #370
Cleveland, OH 44107
(216) 223-7213
wade@swmlawfirm.com

*Attorney for Plaintiff*

Respectfully submitted,

*s/ David A. Campbell*
David A. Campbell (0066494)
Lewis Brisbois Bisgaard & Smith, LLP
1375 E. 9th Street, Suite 2250
Cleveland, OH 44114
P: (216) 298-1262 | F: (216) 334-9421
David.A.Campbell@lewisbrisbois.com

*Attorneys for Defendant UH*

4887-2233-4233.1